UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

QUINCEY B. CARPENTER                                          PLAINTIFF

VS.                                  CIVIL ACTION NO. 3:18CV613TSL-RHW

SECY. OF STATE, ET AL.                                       DEFENDANTS

ORDER

This cause is before the court on the report and recommendation of Magistrate Judge Robert W. Walker entered on January 14, 2019, recommending that plaintiff's complaint be dismissed for failure to state a claim upon which relief may be granted. Plaintiff Quincey B. Carpenter has not filed objections and the time for doing so has since expired. Having reviewed the report and recommendation, the court concludes that the motions are well taken and hereby adopts, as its own opinion, the magistrate judge's report and recommendation.

Based on the foregoing, it is ordered that the report and recommendation of United States Magistrate Judge Robert W. Walker entered on January 14, 2019, be, and the same is hereby, adopted as the finding of this court, such that the complaint is dismissed with prejudice for failure to state a claim.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 2nd day of April, 2019.


        /s/ Tom S. Lee
        UNITED STATES DISTRICT JUDGE